FILED

01/27/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0634

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0634

IN THE MATTER OF:

B.R.M.,

A Youth in Need of Care.

**ORDER**

Upon consideration of Appellant's motion for extension of time to produce transcripts on appeal, and good cause appearing,

IT IS HEREBY ORDERED that Court Julie Pesanti Delong is granted an extension of time to and including March 9, 2022, within which to prepare, file, and serve the transcripts requested on appeal.

No further extensions will be granted.

The Clerk shall serve a copy of this Order upon the district court and the court reporter.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 27 2022